# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF INDIANA
### HAMMOND DIVISION AT HAMMOND

IN RE:                                    ) **CHAPTER 13 PROCEEDINGS**

_RUTH A. DELEON_                          )
                                          ) Case No. _10 - 21695_
                                          )

## AGREED ORDER

Comes now Debtor(s), by counsel, _DAN WHITTEN_ , and comes now Paul R.

Chael, Standing Chapter 13 Trustee, for the purpose of resolving the Trustee's Motion to

Dismiss. Parties submit the following Agreed Order:

1.   That the Trustee's Motion to Dismiss or Convert to Chapter 7 is hereby continued indefinitely.

2.   That the Debtor(s) will _PAY IN THE TAX REFUND AMOUNTS OF $2,856.00 FOR 2011 AND $2,387.00 FOR 2012 BY INCREASING THE PLAN PAYMENT FROM $45.00 TO $265.00 PER MONTH BEGINNING JUNE 2013 FOR THE REMAINDER. OF THE PLAN._

3.   That upon the conditions outlined above and upon the timely payments of Debtor(s) Chapter 13 Plan payments for _JUNE_ , _JULY_ , and _AUGUST_ 2013, the Trustee's Motion to Dismiss will be withdrawn.

4.   In the event the Debtor(s) fails to pay or perform as stated above, the case may be dismissed without further notice or hearing upon the filing of an affidavit of default by the Trustee after a five (5) day grace period.

_____
Attorney for Debtor(s)

_____
Julia M. Hoham, Attorney for
Paul R. Chael, Chapter 13 Trustee

Entered: _____

_____
Judge, U.S. Bankruptcy Court